IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTOINETTE MARIE VALLEJOS,

    Plaintiff,

vs.                                           1:14-cv-00490-JAP-LF

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## FINAL ORDER

Pursuant to the Report and Recommendations filed on February 26, 2016 (Doc. 30) ("R & R"), objections were due no later than March 14, 2016.  Neither party filed objections in the time allowed.  "This court has adopted a 'firm waiver rule' which provides that a litigant's failure to file timely objections to a magistrate's R & R waives appellate review of both factual and legal determinations."  *Vega v. Suthers*, 195 F.3d 573, 579 (10th Cir. 1999) (citing *United States v. One Parcel of Real Property,* 73 F.3d 1057, 1059 (10th Cir.1996)).

Accordingly, the Court adopts the recommendation by the magistrate judge, enters this Final Order pursuant to Rule 58 of the Federal Rules of Civil Procedure, and remands this matter to the Commissioner for further proceedings.

                                              _____
                                                    United States District Judge